UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER EMBRY, on behalf of herself
and a class of those others similarly
situated,

     Plaintiff,

v.                             Case No. 8:19-cv-539-T-23AAS

LASER SPINE INSTITUTE, LLC,
LSI HOLDCO, LLC and LSI
MANAGEMENT COMPANY, LLC,

     Defendants.

_____/

## NOTICE OF ASSIGNMENT FOR THE BENEFIT OF CREDITORS PROCEEDINGS

On March 14, 2019, Laser Spine Institute, LLC and fifteen affiliates[1] (collectively, the "**Assignors**") filed separate assignments for the benefit of creditors, designating Soneet R. Kapila of KapilaMukamal as Assignee (the "**Assignee**"), thus commencing sixteen assignment for the benefit of creditors proceedings pursuant to § 727 of the Florida Statutes in the Circuit Court for the Thirteenth Judicial Circuit in Hillsborough County, Florida (the "**Assignment Cases**").  By executing the assignments and commencing the Assignment Cases, the Assignors assigned all of their assets to the Assignee and transferred all of their books, records, and electronic data relating to their assets to the Assignee pursuant to § 727.104 of the Florida Statutes.  The undersigned counsel is representing the Assignee in the Assignment Cases and **is not counsel of record in this**

---

[1] LSI Management Company, LLC; Laser Spine Institute Consulting, LLC; CLM Aviation, LLC; Medical Care Management Services, LLC; LSI HoldCo, LLC; Laser Spine Surgical Center, LLC; Laser Spine Surgery Center of Arizona, LLC; Laser Spine Surgery Center of Cincinnati, LLC; Laser Spine Surgery Center of St. Louis, LLC; Laser Spine Surgery Center of Pennsylvania, LLC; Laser Spine Surgery Center of Oklahoma, LLC; Laser Spine Surgery Center of Warwick, LLC; Laser Spine Surgery Center of Cleveland, LLC; Total Spine Care, LLC; and Spine DME Solutions, LLC.

**case**, and this filing shall not constitute a formal appearance in the above-captioned case.  The undersigned counsel should not be added to any electronic case filing nor any case service matrices and has filed this notice to provide notice of the Assignment Cases and for no other purpose.

Accordingly, the undersigned makes this limited appearance on behalf of the Assignee solely for the purpose of providing all parties in interest notification regarding the applicability of Chapter 727 of the Florida Statutes to this matter.  Specifically, (i) no proceedings may be commenced against Assignee except as provided in Chapter 727 of the Florida Statutes (*see* Fla. Stat. § 727.105); (ii) there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the estates in the possession, custody, or control of the Assignee (*id.*); and (iii) an interested party with a claim against any of the Assignors which arose prior to the filing date of the assignment must file a proof of claim on or before **JULY 12, 2019** in accordance with § 727 of the Florida Statutes as a prerequisite to receiving any recovery from the assets of the assignment estates, whether such claim is presently unliquidated or has previously been reduced to judgment (*see* Fla. Stat. § 727.112).  A copy of the proof of claim form is attached hereto.

*/s/ Edward J. Peterson*
Harley E. Riedel (FBN 183628)
Edward J. Peterson (FBN 0014612)
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email:  hriedel@srbp.com; epeterson@srbp.com
Counsel for Assignee

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing has been sent by either electronic mail or U.S. mail on this 19 day of March, 2019 to:

Plaintiff's Counsel:

Ryan D. Barack, Esquire
Kwall Barack Nadeau PLLC
304 S. Belcher Road, Suite C
Clearwater, FL  33765

*/s/ Edward J. Peterson*
Edward J. Peterson

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

In re:

       LSI MANAGEMENT COMPANY, LLC,

                         Assignor,              Case No.:  2019-CA-002766

To:

       SONEET KAPILA,

                         Assignee,

_____/

## PROOF OF CLAIM

---

**TO RECEIVE ANY DIVIDEND IN THIS PROCEEDING, YOU MUST COMPLETE THIS PROOF OF CLAIM AND DELIVER IT TO THE ASSIGNEE NO LATER THAN:**

# JULY 12, 2019

**THE ASSIGNEE'S NAME AND ADDRESS ARE AS FOLLOWS:**
**SONEET KAPILA, ASSIGNEE**
**1000 SOUTH FEDERAL HIGHWAY, SUITE 200**
**FORT LAUDERDALE, FL 33316**
**WITH A COPY TO:**
**EDWARD J. PETERSON, ESQUIRE**
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
**110 E. MADISON ST., SUITE 200**
**TAMPA, FL  33602**

---

1.    **CREDITOR NAME (Your name):**
       **ADDRESS:**
       **ADDRESS:**
       **CITY, STATE, ZIP:**
       **TELEPHONE NUMBER:**
       **E-MAIL ADDRESS:**

                           *Please be sure to notify us if you have a change of address.*

2.    **BASIS FOR CLAIM:**
       [ ] Goods Sold           [ ] Wages, Salaries and Compensations     [ ] Secured Creditor
       [ ] Services Performed     [ ] Taxes
       [ ] Money Loaned         [ ] Customer Deposit
       [ ] Shareholder            [ ] Other: _____

3.    **DATE DEBT WAS INCURRED:**     _____

4.    **AMOUNT OF CLAIM:**          _____

5.      **SUPPORTING DOCUMENTS:  <u>Attach copies of supporting documents,</u>** such as promissory notes, purchase order, invoices, itemized statement of running accounts, court judgments, or evidence of security interests.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

6.      **SIGNATURE:**  Sign and print name and title, if any, of the creditor or other person authorized to file this claim:

DATED: _____        BY:  _____

                                             Signature of Claimant or Representative

                                             _____

                                             **Print Name** and Title Here

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

In re:

     LSI HOLDCO, LLC,

             Assignor,           Case No.:  2019-CA-002765

To:

     SONEET KAPILA,

             Assignee,

_____/

## PROOF OF CLAIM

**TO RECEIVE ANY DIVIDEND IN THIS PROCEEDING, YOU MUST COMPLETE THIS PROOF OF CLAIM AND DELIVER IT TO THE ASSIGNEE NO LATER THAN:**
# JULY 12, 2019
**THE ASSIGNEE'S NAME AND ADDRESS ARE AS FOLLOWS:**
**SONEET KAPILA, ASSIGNEE**
**1000 SOUTH FEDERAL HIGHWAY, SUITE 200**
**FORT LAUDERDALE, FL 33316**
**WITH A COPY TO:**
**EDWARD J. PETERSON, ESQUIRE**
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
**110 E. MADISON ST., SUITE 200**
**TAMPA, FL  33602**

1.    **CREDITOR NAME (Your name):**
        **ADDRESS:**
        **ADDRESS:**
        **CITY, STATE, ZIP:**
        **TELEPHONE NUMBER:**
        **E-MAIL ADDRESS:**

                                *Please be sure to notify us if you have a change of address.*

2.    **BASIS FOR CLAIM:**
        [ ] Goods Sold        [ ] Wages, Salaries and Compensations     [ ] Secured Creditor
        [ ] Services Performed     [ ] Taxes
        [ ] Money Loaned         [ ] Customer Deposit
        [ ] Shareholder          [ ] Other: _____

3.    **DATE DEBT WAS INCURRED:**    _____

4.    **AMOUNT OF CLAIM:**    _____

5.      **SUPPORTING DOCUMENTS:  <u>Attach copies of supporting documents</u>,** such as promissory notes, purchase order, invoices, itemized statement of running accounts, court judgments, or evidence of security interests.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

6.      **SIGNATURE:**  Sign and print name and title, if any, of the creditor or other person authorized to file this claim:


DATED: _____        BY: _____

                                                      Signature of Claimant or Representative


                                                      _____

                                                      **Print Name** and Title Here

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

In re:

       LASER SPINE INSTITUTE, LLC,

                  Assignor,           Case No.:  2019-CA-002762
                                           Division L

To:

       SONEET KAPILA,

                  Assignee,
_____/

## PROOF OF CLAIM

> **TO RECEIVE ANY DIVIDEND IN THIS PROCEEDING, YOU MUST COMPLETE THIS PROOF OF CLAIM AND DELIVER IT TO THE ASSIGNEE NO LATER THAN:**
> # JULY 12, 2019
> **THE ASSIGNEE'S NAME AND ADDRESS ARE AS FOLLOWS:**
> **SONEET KAPILA, ASSIGNEE**
> **1000 SOUTH FEDERAL HIGHWAY, SUITE 200**
> **FORT LAUDERDALE, FL 33316**
> **WITH A COPY TO:**
> **EDWARD J. PETERSON, ESQUIRE**
> **STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
> **110 E. MADISON ST., SUITE 200**
> **TAMPA, FL  33602**

1.    **CREDITOR NAME (Your name):**
       **ADDRESS:**
       **ADDRESS:**
       **CITY, STATE, ZIP:**
       **TELEPHONE NUMBER:**
       **E-MAIL ADDRESS:**

*Please be sure to notify us if you have a change of address.*

2.    **BASIS FOR CLAIM:**
       [ ] Goods Sold            [ ] Wages, Salaries and Compensations    [ ] Secured Creditor
       [ ] Services Performed     [ ] Taxes
       [ ] Money Loaned         [ ] Customer Deposit
       [ ] Shareholder           [ ] Other: _____

3.    **DATE DEBT WAS INCURRED:**    _____

4.    **AMOUNT OF CLAIM:**    _____

5.       **SUPPORTING DOCUMENTS:  <u>Attach copies of supporting documents</u>,** such as promissory notes, purchase order, invoices, itemized statement of running accounts, court judgments, or evidence of security interests.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

6.       **SIGNATURE:**  Sign and print name and title, if any, of the creditor or other person authorized to file this claim:


DATED: _____           BY:  _____

                                              Signature of Claimant or Representative


                                              _____

                                              **Print Name** and Title Here