UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER EMBRY, on behalf of
herself and a class of those others
similarly situated,

    Plaintiff,

v.                                           Case No. 8:19-cv-00539

LASER SPINE INSTITUTE, LLC,
LSI MANAGEMENT COMPANY, LLC,
and LSI HOLDCO LLC,

    Defendants.
_____/

**ASSIGNEE'S RESPONSE TO PLAINTIFF'S TIME SENSTIVE
CONSENTED RULE 23 MOTION FOR CLASS CERTIFICATION,
APPROVAL OF CLASS REPRESENTATIVE, CLASS COUNSEL, AND NOTICE**

Assignee, Soneet Kapila of KapilaMukamal, LLP, as assignee of Laser Spine Institute, LLC and the above-captioned affiliate assignors (the "**Assignee**"), by and through his undersigned attorneys, files this his Response to Plaintiff's Time Sensitive Consented Rule 23 Motion for Class Certification, Approval of Class Representative, Class Counsel, and Notice (the "**Motion**"), and states:

    1.    On March 14, 2019, Laser Spine Institute, LLC ("**LSI**") executed and delivered an assignment for the benefit of creditors to the Assignee. The Assignee filed a Petition with the Court on March 14, 2019, commencing an assignment for the benefit of creditors proceeding pursuant to Section 727 of the Florida Statutes (the "**LSI Assignment Case**").

    2.    Simultaneous with the filing of the LSI Assignment Case, the Assignee filed fifteen other Petitions commencing assignment for the benefit of creditors proceedings for 15 affiliates of

LSI (the "**Affiliated Assignment Cases**" and together with the LSI Assignment Case, the "**Assignment Cases**"); including LSI Management Company, LLC ("**LSI Management**" and LSI HoldCo, LLC (**"Holdco"**).

3. The Motion seeks to certify a class consisting of certain former employees of LSI, LSI Management, and Holdco ("**Proposed Class**"); appoint Heather Embry as representative of the Proposed Class; appoint certain law firms as counsel to the Proposed Class; and authorize notifications to the Proposed Class.

4. The relief requested will allow the Proposed Class to file a class proof of claim (the "**Class Claim**") in the Assignment Cases. Issues relating to the allowance of the Class Claim, the priority of amounts sought to be recovered by the Class Claim, and distributions on account of the Class Claim will be resolved by the state court in the Assignment Cases.

5. The Assignee does not oppose the relief sought with the clarifications set forth herein.

                                              */s/ Scott A. Stichter*
Harley E. Riedel (FBN 183628)
Scott A. Stichter (FBN 0710679)
Edward J. Peterson (FBN 0014612)
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: hriedel@srbp.com; sstichter@srbp.com
       epeterson@srbp.com
Counsel for Assignee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing ***Assignee's Response to Plaintiff's Time Sensitive Consented Rule 23 Motion for Class Certification, Approval of Class Representative, Class Counsel, and Notice*** has been furnished on June 24, 2019 by the Court's electronic system to all parties receiving electronic service.

                                              */s/ Scott A. Stichter*
                                              Scott A. Stichter